UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CRAIG MOBAYED,

JUDGMENT
09-CV-4790 (RRM)

                             Petitioner,

-against-

ANTHONY BOUCAUD, Superintendent,
Altona Correctional Facility,

                             Respondent.
-------------------------------------------------------------------X

      A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed on March 5, 2010, dismissing the petition for a writ of habeas corpus as time-barred; ordering that a Certificate of Appealability shall not issue; and certifying pursuant to 28 U.S.C. § 1915(a) that any appeal from a judgment denying the petition would not be taken in good faith; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed as time-barred; that a Certificate of Appealability shall not issue; and that pursuant to 28 U.S.C. § 1915(a) any appeal from a judgment denying the petition would not be taken in good faith.

Dated: Brooklyn, New York
       March 05, 2010

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court

